# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| **OLUWASEUN SHOMEFUN,** § | |
| **PLAINTIFF,** § | |
| § | |
| **v.** § | **CIVIL CASE NO. 3:25-CV-3108-G-BK** |
| § | |
| **UNITED STATES OF AMERICA,** § | |
| **DEFENDANT.** § | |

## MAGISTRATE JUDGE'S QUESTIONNAIRE

A document titled "Answers to Magistrate Judge's Questionnaire" is attached. The Court perceives the facts set forth in the complaint as inadequate in whole or part to state a claim against Defendant(s). The Questionnaire gives Plaintiff the opportunity to supplement the complaint with more specific facts in support of the claims alleged. *See Brown v. Taylor*, 829 F.3d 365, 370 (5th Cir. 2016).

Accordingly, Plaintiff is **ORDERED** to answer the questions in the attached document in the space provided for the answers. Plaintiff may attach additional pages to answer the questions fully but may not write on the back of the pages. **Plaintiff is further ORDERED to verify the answers under penalty of perjury by signing on the line at the end of the questions and return the answers to the district clerk by March 16, 2026.**

*Failure to file answers to the Questionnaire may result in the dismissal of the action for failure to prosecute.*

**SO ORDERED** on February 21, 2026.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OLUWASEUN SHOMEFUN, | § | |
|     PLAINTIFF, | § | |
| | § | |
| v. | § | CIVIL CASE NO. 3:25-CV-3108-G-BK |
| | § | |
| UNITED STATES OF AMERICA, | § | |
|     DEFENDANT. | § | |

**ANSWERS TO MAGISTRATE JUDGE'S QUESTIONNAIRE**

1. Explain why venue is appropriate in the Dallas Division of the Northern District of Texas? Identify what parties reside in, or what events took place in the Dallas Division of the Northern District of Texas.

2. Identify the detention centers/jails where the claims at issue in the complaint allegedly took place.

Plaintiff alleges that he exhausted his administrative remedies by filing an administrative claim (SF-95) with DHS/ICE.   Doc. 3 at 1.

3. Provide the following additional information:

   a. <u>Attach to the answers to the questionnaire</u> a copy of the (1) administrative claim (SF-95) <u>*and*</u> (2) the agency's response acknowledging receipt of the administrative claim.

   b. Identify the claim(s) that you presented in your administrative claim.

    c.   Identify the date on which you presented your administrative claim in writing.

    d.   Identify the name of the agency to whom you presented your claim.

    e.   Identify the date on which the federal agency finally denied your claim.

    f.   <u>Attach to the answers to the questionnaire</u> a copy of the final decision.

**STATE OF TEXAS**

**COUNTY OF _____**

## **VERIFICATION**

I understand that a false statement or answer to any interrogatory in this cause of action will subject me to penalties for perjury. I declare (or certify, verify or state) under penalty of perjury that the foregoing answers are true and correct. 28 U.S.C. § 1746.

SIGNED on this _____ day of _____, 2026.

                                                                 _____
                                                                    (Signature of Plaintiff).